UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                                                                    CRIMINAL ACTION NO. 3:22-CR-79-RGJ
                                                                                                               3:25-CR-163-CRS

SANSAREYA REYES, et al                                                                                  DEFENDANTS

## MOTION TO RE-ASSIGN CASE
*Electronically Filed*

Comes the United States, by undersigned counsel, and respectfully moves this Honorable Court to reassign Criminal Action Number 3:25-CR-163-CRS to the Honorable Judge Rebecca Grady Jennings, pursuant to General Order No. 25-08(L)(1) and (2), based on relatedness. The United States submits that Criminal Action Number 3:25-CR-163-CRS is a re-indictment of 3:22-CR-79-RGJ, shares one or more common defendant(s), and is based on the same set of facts, events, and offenses as those at issue in 3:22-CR-79-RGJ.

WHEREFORE, the United States respectfully requests that Criminal Action Number 3:25-CR-163-CRS be reassigned.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Frank E. Dahl III*
Frank E. Dahl III
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
Email: Frank.Dahl@usdoj.gov
Telephone: 502-582-5911

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

                                            Frank E. Dahl III
                                            Assistant United States Attorney